# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Shogun R. Anthony<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-M-250<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/23/2014 and 02/24/2015__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 1951 | Hobbs Act Robbery |
| Title 18, U.S.C. § 924(c) | Brandishing a firearm during a crime of violence |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Gibson, Milwaukee Co. DA Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 28, 2017

_____
Judge's signature

City and state: __Milwaukee, Wisconsin__

David E. Jones, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Gibson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have over 26 years of experience as a law enforcement officer and am currently assigned to the Milwaukee FBI Violent Crime Task Force as a Deputized Federal Task Force Officer. I was a Special Agent with the Federal Bureau of Investigation for over 23 years and have been an Investigator with the Milwaukee County District Attorney's Office since June of 2015. I have participated in numerous complex narcotics, money laundering, violent crime, armed bank robbery, and armed commercial robbery investigations in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 924(c), 1951, 1956, 1957, 2113, and other related offenses. I have employed a wide variety of investigative techniques in these and other investigations, including but not limited to, the use of informants, wiretaps, cooperating defendants, recorded communications, search warrants, surveillance, interrogations, public records, DNA collection, and traffic stops. I have also received formal training regarding the same. As a Federal Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is based upon my personal knowledge as well as information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon information gathered from interviews of citizen witnesses, reports, official records, law enforcement reports, telephone records, subpoenaed records, and my training and experience.

1

This affidavit provides probable cause that Shogun R. Anthony committed the below described CVS Pharmacy armed robberies on November 23, 2014 and February 24, 2015, in violation of Title 18, U.S.C. § 1951 (Hobbs Act Robbery) and Title 18, U.S.C. § 924(c) (use of firearm).

**PROBABLE CAUSE**

3. On November 23, 2014 at approximately 8:05 a.m., two black males, one of which was armed with a handgun, robbed the CVS Pharmacy located at 5929 West Lisbon Avenue, Milwaukee, WI. One subject ran toward the pharmacy but stopped when he realized it was closed. The subjects then demanded and obtained cash from the register. The subjects fled to a getaway vehicle. Witnesses observed the subjects discard clothing as they fled. A shirt and hat were recovered by responding Milwaukee Police Officers.

4. On February 24, 2015 at approximately 12:50 p.m., three black males robbed the CVS Pharmacy located at 6330 North 76th Street, Milwaukee, WI. Two of the subjects were armed with handguns. Two subjects jumped over the pharmacy counter, demanded and obtained Oxycodone and other prescription narcotics. They also obtained cash from the register. The three subjects fled.

5. During the course of this investigation subjects involved in these and other pharmacy robberies were identified, arrested, charged, and convicted. Many of these subjects cooperated and identified other subjects who were involved in pharmacy robberies. Shogun R. Anthony was identified as one of the subjects in the CVS Pharmacy armed robberies on November 23, 2014 and February 24, 2015.

6. The shirt and hat were submitted to the Wisconsin State Crime Lab for DNA examination. A DNA profile was obtained and matched the DNA profile of Shogun R. Anthony.

7. On December 25, 2017, Shogun Anthony was arrested by the Milwaukee Police Department concerning a domestic violence complaint.

8. On December 26, 2017, Anthony was interviewed at the Milwaukee Police Department. The interview was recorded with both audio and video. Anthony was read his Constitutional Rights which he stated he understood and agreed to waive in order to speak with investigators. Anthony admitted his involvement in both of the CVS Pharmacy armed robberies on November 23, 2014 and February 24, 2015. Anthony stated he obtained some cash from the first robbery and was paid $2000 after the second robbery. Anthony identified himself and his co-conspirators in photographs taken from the store surveillance video. Anthony initialed and dated the photographs.

## CONCLUSION

9. Based on the facts set forth in the previous section I submit that probable cause exists to believe that Shogun R. Anthony and others conspired to commit the two aforementioned CVS Pharmacy armed robberies in Milwaukee on November 23, 2017 and February 24, 2015, in violation of Title 18, U.S.C. § 1951(a) (Hobbs Act Robbery), and brandishing a firearm during a crime of violence, in violation of Title 18, U.S.C. § 924(c).